UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALAN DOERING,　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #106115

v.　　　　　　　　　　　　　2:19-cv-00045-JM-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe and the filed objections. After carefully considering these documents and making a *de novo* review of the record, the Partial Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1.　Plaintiff's Motion for Class Certification (Doc. No. 51) is DENIED.

2.　It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 20th day of August 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE