IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ALAN DOERING,     PLAINTIFF
ADC #106115

v.     2:19-cv-00045-JM-JJV

WENDY KELLEY, Director, ADC; *et al.*     DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed.[1] After careful review, the Partial Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Partial Summary Judgment (Doc. No. 85) is GRANTED.

2. Plaintiff's failure to protect claim against Defendants Kelley, Reed, Andrews, Dycus, and Branch is DISMISSED WITHOUT PREJUDICE, and he may proceed with his contaminated water claim against them.

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 7th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court has received Plaintiff's motion to voluntarily dismiss his failure to protect claim (ECF No. 93). However, this motion is not deemed an objection to the Partial Recommendation.