**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

ALAN DOERING,     PLAINTIFF
ADC #106115

v.     2:19-cv-00045-JM-JJV

WENDY KELLEY, Director, ADC; *et al.*     DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 113) be DENIED.

2. Plaintiff shall provide a properly executed Medical Release Authorization no later than July 31, 2020.

Dated this 20th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE