# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ALAN DOERING                                                                                           PLAINTIFF
ADC #106115

v.                                           2:19-cv-00045-JM-JJV

WENDY KELLEY, Director, ADC; *et al.*                                                          DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. 123) is GRANTED, Plaintiff's contaminated water claim against Defendants Kelley, Reed, Andrews, Dycus, and Branch is DISMISSED WITH PREJUDICE, and this case be CLOSED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order t would not be taken in good faith.

Dated this 14th day of October 2020.

_____
UNITED STATES DISTRICT JUDGE