# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

ALAN DOERING                                                                                        PLAINTIFF
ADC #106115

v.                                           2:19-cv-00045-JM-JJV

WENDY KELLEY, Director, ADC; *et al.*                                              DEFENDANTS

## JUDGMENT

Consistent with the previously entered Orders, Plaintiff's claims are DISMISSED, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 14th day of October 2020.

_____
UNITED STATES DISTRICT JUDGE